# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Joseph G. Sauder
Matthew D. Schelkopf
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor
Benjamin F. Johns
Alison R. Gabe
Scott M. Tucker *
Meghan A. Adams
Tiffany J. Cramer *
Kimberly A. Evans

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to Jurisdiction other than PA*

Writer's Direct E-mail:
TNM@Chimicles.com

June 3, 2010
VIA ECF and
FIRST CLASS MAIL

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
Martin Luther King Building and
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Alban v. BMW of North America, LLC*
Civil Action No. 2:09-cv-05398

Dear Judge Debevoise:

The Court recently rescheduled the hearing on Defendants' Motion to Dismiss in the above captioned matter from June 21, 2010 to June 22, 2010. One of Plaintiff's attorneys is unavailable on the currently scheduled hearing date of June 22, 2010, however, due to a long-scheduled vacation beginning that day. Accordingly, Plaintiff respectfully requests, and Defendant has agreed, that the hearing be re-scheduled for the next motion day, July 6, 2010. Thank you for your consideration.

Respectfully,

Timothy N. Mathews

TNM/klw

cc: Rosemary Joan Bruno, Esquire
Christopher J. Dalton, Esquire

WILMINGTON OFFICE
222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053