CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR ALBAN, individually, and on behalf of all other similarly situated<br><br>                              Plaintiff,<br><br>v.<br><br><br>BMW OF NORTH AMERICA, LLC,<br><br>                              Defendant. | Civ. No. 09-5398<br><br><br><br>**O R D E R** |

    This matter having come before the Court on a Motion to Dismiss submitted by Defendant BMW of North America, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the Opinion of even date;

    IT IS on this 15th day of March, 2011, ORDERED that Defendant's Motion to Dismiss is GRANTED.  Plaintiff's Amended Complaint is dismissed in its entirety with prejudice.


                                           **/s/ Dickinson R. Debevoise**　　　　
                                           DICKINSON R. DEBEVOISE, U.S.S.D.J.